# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

GERALD WELCH,                              :    No. 65 EM 2020
                                          :
          Petitioner            :
                                          :
                                          :
       v.                          :
                                          :
                                          :
COMMONWEALTH OF PENNSYLVANIA,              :
                                          :
          Respondent            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of November, 2020, the "Application for King's Bench" is DENIED.